ERO eFile Notifications

# ERO eFile Notifications

**Date of Notification**

2026-01-28 19:05:54

**Client First Name**

DAVY RICHARD

**Client Last Name**

NDUWIMANA

**G-28 Number**

G280089659

**AOR**

CHI

**Notification Type**

Detainee Transfer

**Detention Location**

CLAY COUNTY JUSTICE CEN

**Representative Email**

kelsey@fordmurraylaw.com

**Representative Name**

ⓘ   Kelsey Lee

## ERO eFile Notifications

### ERO eFile Notifications

**Date of Notification**

2026-01-29 09:02:26

**Client First Name**

DAVY RICHARD

**Client Last Name**

NDUWIMANA

**G-28 Number**

G280089659

**AOR**

CHI

**Notification Type**

Detainee Transfer

**Detention Location**

BOONE COUNTY JAIL

**Representative Email**

kelsey@fordmurraylaw.com

**Representative Name**

ⓘ  Kelsey Lee